

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-20-00287-CV**

**IN RE D.O.S. AND E.C., CHILDREN**
_____

**Original Proceeding**

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 100818CCL**

**MEMORANDUM  OPINION**

Relator's petition for writ of mandamus filed on October 30, 2020 is denied, and

the October 30, 2020 stay is lifted.


JOHN E. NEILL
Justice

Before Chief Justice Gray,
Justice Neill, and
Justice Johnson
Petition denied
Opinion delivered and filed May 26, 2021
[OT06]

